# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02129-CMA-MEH

KIMBERLY YOUNG,

    Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT,
SHERIFF KIRK M. TAYLOR, in his official capacity,

    Defendants.

---

## ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL

---

This matter is before the Court on Defendant's Motion For Partial Dismissal (Doc. # 15), to which Plaintiff has agreed to dismiss her second claim, retaliation under the Americans with Disabilities Act, without prejudice (Doc. # 21).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that Defendant's Motion for Partial Dismissal (Doc. # 15) is GRANTED, and Plaintiff's second claim is DISMISSED WITHOUT PREJUDICE.

DATED:  November __20__, 2013

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge