IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02129-CMA-MEH

KIMBERLY YOUNG,

    Plaintiff,

v.

PUEBLO COUNTY SHERIFF'S DEPARTMENT,
SHERIFF KIRK M. TAYLOR, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and the Stipulation of Dismissal With Prejudice (Doc. # 29), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  February __12__, 2014

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Court Judge